IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| N. KEIRN LEHER II, | * |
| **Plaintiff** | * |
| v. | *   Case No. 4:03CV000953 JMM/JFF |
| | *              4:03CV000954 |
| KELLY, *et al.*, | * |
| **Defendants** | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this  29  day of  December, 2006.



UNITED STATES DISTRICT JUDGE